In the Matter of the Accounting of J. WATSON BURROWS, as Administrator of the Estate of JAY E. CRANDALL, Deceased.

CARRIE M. CLARK, Appellant; CLARA W. CRANDALL, Respondent.

*Appeal — order of Appellate Division reversing order of Surrogate's Court permitting amendment of record — appeal to Court of Appeals dismissed.*

*Matter of Crandall*, 218 App. Div. 190, appeal dismissed.
(Submitted May 3, 1927; decided May 17, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 9, 1926, which reversed an order of the Chautauqua County Surrogate's Court permitting the defendant to amend the record in this proceeding in that court, so as to raise the issue of the constitutionality of section 8 of the Domestic Relations Law.

*Elijah W. Holt* and *Arthur S. Tennant* for appellant
*Elmer O. Brinkman* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.